Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
526 3rd Street, Ste A
San Rafael, CA 94901
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KATHRYN DIANE TORRES,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant | Case No: 2:18-cv-02908-DMC<br><br>STIPULATION AND ORDER FOR MODIFICATION OF SCHEDULING ORDER [ECF No. 5]<br>[Fed.R.Civ.P. 6] |

The parties hereby stipulate and agree this date of August 5, 2019, subject to the Court's approval and order, that there is good cause to extend time and to modify the scheduling order, ECF No. 5, and that Plaintiff's time to file a motion for summary judgment and/or remand be extended 31 days from August 5, 2019 to September 5, 2019. Defendant shall respond to Plaintiff's motion for summary judgment and/or remand on or before October 7, 2019, with all other deadlines likewise extended.

This is Plaintiff's first extension of time. The good cause supporting this stipulation includes, but is not limited to, that plaintiff's counsel cannot with diligence meet professional standards in the development and presentation of issues without prejudice to Plaintiff within the non-case-specific deadlines of the scheduling order.

| | | |
|---|---|---|
| 1 | This modification of the scheduling order is requested in good faith, with no intent to | |
| 2 | prolong proceedings unduly. | |
| 3 | SO STIPULATED AND AGREED: | |
| 4 | For Plaintiff:<br>WEEMS LAW OFFICES | For Defendant:<br>McGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration<br>SHARON LAHEY<br>Assistant Regional Counsel<br>Social Security Administration |

*/s/Robert C. Weems*
Robert C. Weems, Attorney for Plaintiff

By: */s/ Sharon Lahey*
Sharon Lahey
Assistant Regional Counsel
Attorney for the Defendant (per e-mail authorization)

SO ORDERED, NUNC PRO TUNC TO AUGUST 5, 2019:

Dated: August 8, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | DECLARATION OF CONCURRENCE OF SIGNATURE |
| 2 | GENERAL ORDER 131, X |

1  
2  
3     I, Robert C. Weems, hereby declare and attest that concurrence in the filing of the  
4 document has been obtained from each of the other signatories, or from the single  
5 signatory (in the case, e.g., of a declaration) whose signature is indicated by the notation  
6 " /s/ [name of signatory]."[1]  
7     I declare under penalty of perjury under the laws of the United States of America  
8 that the foregoing is true and correct.

                                                          /s/ Robert C. Weems  
                                                          Robert C. Weems

---

[1] The filer shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any) unless filer has attached a scanned image of the signature page(s) of the document being electronically filed in lieu of maintaining the paper record for subsequent production if required.

Stipulation and Order                                                                 Case No: 2:18-cv-02908-DMC