Robert C Weems (SBN 148156)
Weems Law Offices
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
rcweems@weemslawoffices.com
    Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KATHRYN DIANE TORRES, | Civil No. 2:18-cv-02908-DMC |
|     Plaintiff, | **STIPULATION AND ORDER RE MODIFICATION OF SCHEDULING ORDER [ECF NO. 5]** |
| v. | |
| ANDEW M. SAUL, COMMISSIONER OF SOCIAL SECURITY, | |
|     Defendant. | |

    Plaintiff requests an extension of fourteen (14) days to September 19, 2019 for all deadlines in this case for Plaintiff's counsel to draft and file a motion for summary judgment which was previously due on September 5, 2019.  <u>Defendant's response to Plaintiff's motion for summary judgment will be due on October 21, 2019.</u>

    The parties request this extension in good faith, with no intent to prolong proceedings unduly. Our request for additional time is due to Plaintiff's counsel involved in a superior court trial scheduled for September 10 which on or about August 26 suddenly required extensive discovery when counsel was notified of five previously undeclared expert witnesses. We now need the additional time due to giving priority to the Superior court proceedings.

1

1 | Defendant has been approached and does not object to allowing Plaintiff the additional
2 | time to draft her motion for summary judgment and, subject to the Court's approval, stipulates to
3 | fourteen (14) days extension of time to allow Plaintiff to file her motion for summary judgment in
4 | this action. This is Plaintiff's second request for additional time.

Plaintiff's motion for summary judgment remand is now due on September 19, 2018.

WEEMS LAW OFFICES

McGREGOR W. SCOTT,
United States Attorney
DEBORAH LEE STACHEL,
Regional Chief Counsel, Region IX,
 Soc. Sec. Admin.
Sharon Lahey,
Asst. Regional Counsel,
 Soc. Sec. Admin., Region IX

*/s/Robert C. Weems*
Robert C. Weems,
Attorney for Plaintiff

By: */s/ Sharon Lahey*
Sharon Lahey,
Attorney for Defendant

**SO ORDERED:**

Dated: September 5, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE