Robert C Weems (SBN 148156)
Weems Law Offices
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
rcweems@weemslawoffices.com
    Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KATHRYN DIANE TORRES, | Civil No. 2:18-cv-02908-DMC |
| Plaintiff, | **STIPULATION AND ORDER RE MODIFICATION OF SCHEDULING ORDER [ECF NO. 5]** |
| v. | |
| ANDEW M. SAUL, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

    The parties hereby stipulate and agree this date of September 20, 2019, subject to the Court's approval and order, that there is good cause to extend time and to modify the scheduling order, ECF No. 5, and that Plaintiff's time to move for summary judgment and/or remand be extended from September 27, 2019 to October 28, 2019 with all other deadlines likewise extended. Defendant's response shall be due on or before December 23, 2019. This is the second extension of time requested in the above-captioned matter.

    The good cause supporting this stipulation includes, but is not limited to, that plaintiff's counsel cannot with diligence meet professional standards in the development and presentation of issues due to unanticipated objections to notices to appear and produce documents for a civil trial, Duncan vs. Trinity County, scheduled for September 26, 2019. Additional time is requested for

1

Defendant's response because he has six dispositive motions due during the last two weeks of November 2019.

Plaintiff's motion for summary judgment remand is now due on October 28, 2019 and Defendant's response is now due December 23, 2019.

| WEEMS LAW OFFICES | McGREGOR W. SCOTT, United States Attorney |
| --- | --- |
| | DEBORAH LEE STACHEL, Regional Chief Counsel, Region IX, Soc. Sec. Admin. |
| | Sharon Lahey, Asst. Regional Counsel, Soc. Sec. Admin., Region IX |
| */s/Robert C. Weems* <br> Robert C. Weems, <br> Attorney for Plaintiff | By: */s/ Sharon Lahey* <br> Sharon Lahey, <br> Attorney for Defendant |

**SO ORDERED:**

Dated: September 23, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE