McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: 415-977-8963
Facsimile: 415-744-0134
E-mail: Sharon.Lahey@ssa.gov

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| KATHRYN DIANE TORRES,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>   Commissioner Of Social Security,<br><br>    Defendant. | CASE NO. 2:18-cv-02908-DMC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

    KATHRYN DIANE TORRES (Plaintiff) and ANDREW SAUL, Commissioner Of Social Security (Defendant or the Commissioner), hereby stipulate, subject to the approval of the Court, to a 30-day extension of time for Defendant to respond to Plaintiff's Motion for Summary Judgment (Docket Number 20). This Defendant's first request for additional time and the fourth request for additional time sought in the above-captioned matter. The current deadline is December 24, 2019, and the new deadline would be January 21, 2020. Any reply would be due on or before February 4, 2020. Defendant requests this additional time because her undersigned counsel was has been unexpectedly in and out of the office on medical leave during the weeks of December 9th and 16th. As a result, the undersigned defense counsel requires additional time to

1  adequately address the issues Plaintiff raises in her motion for summary judgment.  The parties
2  further stipulate that the scheduling order in the above-captioned matter be modified accordingly.

Respectfully submitted,

WEEMS LAW OFFICES

Dated: December 20, 2019        By:   /s/ Robert Weems*
                                ROBERT WEEMS
                                Attorney for Plaintiff
                                [*As authorized by e-mail on December 20, 2019]

Dated: December 20, 2019        McGREGOR W. SCOTT
                                United States Attorney
                                DEBORAH LEE STACHEL
                                Regional Chief Counsel, Region IX


                                By:   /s/ Sharon Lahey
                                SHARON LAHEY
                                Assistant Regional Counsel


**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.  Defendant shall respond to Plaintiff's motion for summary judgment on or before January 21, 2020.  Plaintiff shall file any reply on or before February 4, 2020.  All other deadlines are modified accordingly.

Dated:  January 2, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE