**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHRYN DIANE TORRES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:18-CV-2908-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pursuant to the written consent of all parties, see ECF Nos. 8 and 9, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment, see 28 U.S.C. § 636(c). Pursuant to the Ninth Circuit Court of Appeals' December 1, 2021, memorandum opinion, ECF No. 32, this matter is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the appellate court's decision.

/ / /

/ / /

/ / /

/ / /

1

1 | The Clerk of the Court is directed to enter judgment and close this file.

2 |        IT IS SO ORDERED.

4 | Dated: January 31, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE